(106 So. 911)

Josh GRANGER v. STATE. (4 Div. 257.) (Supreme Court of Alabama. Jan. 21, 1926.) Certiorari to Court of Appeals. Espy & Hill and Lee & Tompkins, all of Dothan, for petitioner. Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J. Petition of Josh Granger for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Granger v. State, 106 So. 917. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.